FILED

2011 SEP 27 P 1:09

US DISTRICT COURT
DISTRICT OF CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICA'S WHOLESALE LENDER, INC. ) | CIVIL ACTION |
| ) | NO. 3:11cv1493 (CFD) |
| Plaintiff, ) | |
| ) | |
| VS. ) | |
| ) | |
| JAN VAN ECK a/k/a HERMAN VAN ECK a/k/a ) | |
| HERMAN JAN VAN ECK a/k/a MAURICE VAN ) | |
| ECK a/k/a MAURITS VAN ECK a/k/a GEORGE ) | |
| TOMAS | SEPTEMBER 27, 2011 |
| Defendant | |

## VERIFIED COMPLAINT

The plaintiff, American Wholesale Lender, Inc. ("AWL"), hereby files this Verified Complaint, along with its dual Applications for Ex Parte Temporary Restraining Order and Pre-Judgment Attachment.

### INTRODUCTION

1.   By this Verified Complaint, AWL seeks a temporary restraining order, prejudgment attachment and damages against Jan Van Eck a/k/a Herman Van Eck a/k/a Herman Jan Van Eck a/k/a Maurice Van Eck a/k/a Maurits Van Eck a/k/a George Tomas for the theft and conversion of an amount not less than $260,000.

### JURISDICTION

2.   This Court has diversity jurisdiction under 28 U.S.C. § 1332 because this complaint is a civil action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of costs and interest.  This Court also has

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

supplemental jurisdiction pursuant to 28 U.S.C. § 1367 for the claims under common law.

3.     Venue is proper in this District under 28 U.S.C. § 1391(a) because a substantial part of the events or omissions giving rise to the claims alleged occurred in this District.

## THE PARTIES

4.     Plaintiff, America's Wholesale Lender, Inc., is a New York corporation engaged in the mortgage servicing business with a principal place of business located at 875 Avenue of the Americas, Suite 105, New York, New York 10001.

5.     Jan Van Eck a/k/a Herman Van Eck a/k/a Herman Jan Van Eck a/k/a Maurice Van Eck a/k/a Maurits Van Eck a/k/a George Tomas is an individual residing in the State of Connecticut.

## STATEMENT OF FACTS

6.     AWL is the holder of a promissory note issued on May 19, 2005 to Dennis Burk and Linda Burk and secured by a Deed of Trust encumbering the property described known as 3941 Paso Fino Way, Yorba Linda, California.

7.     On May 27, 2011, AWL was contacted by Attorney Paul Nguyen who stated that his clients, Dennis and Linda Burk, who were behind on their mortgage sought assistance on a mortgage work out. Attorney Nguyen represented to AWL that he was a partner in Global Capital Law, P.C. ("Global Capital Law").

- 2 -

One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103  

HALLORAN  
&SAGE LLP  

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105

8.  Shortly thereafter, AWL was served with a lawsuit filed in California brought by Dennis and Linda Burk against AWL alleging fraud, slander of title, unfair business practice, wrongful foreclosure and quiet title (hereinafter, the "Burk lawsuit")

9.  Dennis and Linda Burk were represented by Attorney Diane Beall in the Burk lawsuit. Attorney Beall worked in conjunction with Global Capital Law.

10. After the Burk lawsuit was commenced, the parties to the lawsuit agreed to a settlement of the loan amount remaining on the promissory note. Specifically, AWL agreed to a payment of $260,000 in satisfaction of the promissory note pursuant to a short sale on the Burk property located at 3941 Paso Fino Way, Yorba Linda, California.

11. Thereafter, AWL and Dennis and Linda Burk entered into a Settlement Agreement wherein the Burk loan was modified.

12. The escrow and closing instructions attendant to the Burk loan modification explicitly directed that the agreed to amount of $260,000 be wired directly to AWL's general corporate bank account with City National Bank.

13. After sending the escrow instructions, several weeks passed with no communication from Attorney Nguyen or anyone from Global Capital Law.

14. The escrow and closing instructions provided to Western Resources Title Co. by Attorney Nguyen (or another employee at Global Capital Law) were fraudulently altered.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

15. Specifically, the payment instructions were altered to change the payee from City National Bank (AWL's general corporate bank account) to Chase Meritt Fund I, LLC.

16. As a result of the altered escrow instructions, the amount of $260,000.00 was diverted to Chase Meritt Fund I, LLC, not to City National Bank.

17. Upon information and belief, Chase Meritt Fund I, LLC is a limited liability company established in Nevada whose officers are Attorney Gary Harre and Attorney Paul Nguyen.

18. Upon information and belief, Attorney Gary Harre and Attorney Paul Nguyen are members of Global Capital Law.

19. To date, neither Attorney Nguyen nor Attorney Harre nor any other employee of Global Capital Law has forwarded the amount of $260,000 to AWL.

20. To date, AWL has been unsuccessful in contacting either Attorney Harre or Attorney Nguyen, despite numerous phone calls.

21. Attorney Beall, who represented Dennis and Linda Burk in the Burk lawsuit, has informed AWL that Attorney Harre told her that he has left California and does not intend to return.

22. Further, Attorney Beall informed AWL that Attorney Nguyen told her that the money at issue was transferred from Chase Meritt Fund I, LLC to AWL's bank account with TD Bank.

23. AWL does not and has never had a bank account with TD Bank.

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

24.     Upon in formation and belief, the supposed AWL bank account with TD Bank is an unauthorized secret bank account that was established by the defendant in order to steal money from AWL.

25.     The defendant was an independent contractor of AWL responsible for mortgage work outs for mortgages on properties in states in the Northeast, including Connecticut, New York and New Jersey.

26.     The defendant is also known as Herman Van Eck, Jan Van Eck, Herman Jan Van Eck, Maurits Van Eck and George Tomas.

27.     The defendant has no authority to work on or become involved with mortgages in California.

28.     Nevertheless, on August 18, 2011, the defendant sent a letter to Gold County Escrow, the escrow company for the closing on the Burk property, stating that AWL has accepted short payoff of the mortgage issued to Dennis and Linda Burk.

29.     That letter dated August 18, 2011 lists the address of America's Wholesale Lender as 890 UN Plaza, New York, New York, 10017.

30.     AWL has never operated an office at 890 UN Plaza, New York, New York, 10017

31.     Upon information and belief, the defendant established this fake address in order conceal his establishment of an unauthorized AWL account with TD Bank and the theft of AWL funds and proceeds from the Burk settlement.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

32. On or about September 19, 2011, Dennis Bell, President of AWL, demanded the defendant to return all illegal funds held in the TD Bank unauthorized account to AWL. Mr. Bell further demanded that the defendant close out the unauthorized account, provide a detailed accounting of all funds deposited and withdrawn from such account, and provide copies of all documents that Mr. Eck has executed, endorsed or submitted on behalf of AWL.

33. Upon information and belief, the defendant has been giving Mr. Bell the run around regarding his unauthorized and secret account with TD Bank in order to buy time so that he can transfer the fund out of the country.

34. On September 21, 2011, the defendant told Mr. Bell that there is $450,000 in the account with TD Bank and that there is "zero indication that anyone has attempted to hack the account." The defendant has further represented that he has "scrupulously avoided ever issuing a company check on the account so nobody has any idea what one looks like, and thus nobody is going to be able to just go stroll into a street branch and hand over a check with a forged signature and walk out with the funds."

35. On September 21, 2011, Mr. Van Eck further represented to Mr. Bell that the "Company cash is and has been sitting in the company account. It is not 'my' account. I do not use the Company's cash as some sort of personal piggy-bank. It belongs to the Company not me."

- 6 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

36. Despite the defendant's representations to Mr. Bell that the funds in the TD Bank account are not his funds, but AWL's property, AWL has been unable to access this unauthorized and secret account with TD Bank.

37. Further, to date, the defendant has refused to comply with Mr. Bell's requests and has not returned the funds at issue to AWL.

38. Upon information and belief, the defendant has the means and opportunity to move AWL's funds outside of the country.

49. Based on the foregoing, there is a strong possibility that the defendant will transfer, divert, use or dispose of funds which are AWL's property instead of returning them to AWL.

## COUNT ONE – Conversion

50. AWL hereby incorporate by reference and reallege each and every allegation contained in Paragraphs 1 though 48 above.

51. The defendant, the defendant, has unlawfully retained and converted property belonging to AWL.

52. In particular, the defendant has stolen funds in an amount of not less than $260,000 which is the property of AWL.

53. As a result of the defendant's actions, AWL has sustained damages.

## COUNT TWO – Statutory Theft

54. AWL hereby incorporate by reference and reallege each and every allegation contained in Paragraphs 1 though 53 above.

- 7 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

55.     The defendant, the defendant, has unlawfully retained and converted property belonging to AWL.

56.     In particular, the defendant has stolen the payment in the amount of $260,000 which is the property of AWL.

57.     The defendant intends to permanently deprive AWL of this property.

58.     The actions of the defendant constitute statutory theft under Conn. Gen. Stat. § 52-564.  As such, AWL is entitled to collect treble damages from the defendant.

59.     As a result of the defendant's actions, AWL has sustained damages.

## COUNT THREE – Temporary Restraining Order

60.     AWL hereby incorporates by reference and reallege each and every allegation contained in Paragraphs 1 though 59 above.

61.     There is probable cause that judgment will enter in this action in favor of the plaintiff pursuant to the allegations set forth in the Verified Complaint.

62.     Based on the foregoing allegations, AWL will sustain immediate and irreparable harm if the Court does not grant its request for an ex-parte temporary restraining order.

## COUNT FOUR – Prejudgment Attachment

63.     AWL hereby incorporates by reference and reallege each and every allegation contained in Paragraphs 1 though 62 above.

- 8 -

One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

HALLORAN  
&SAGE LLP

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105

64.     Based upon the foregoing Verified Complaint and the attached affidavit of Dennis Bell, probable cause exists that AWL will obtain a judgment in an amount equal to or greater than $260,000.00.

65.     Based upon the foregoing Verified Complaint and the attached affidavit of Dennis Bell, there is a reasonable likelihood that the defendant has fraudulently disposed of or is about to fraudulently dispose of property belonging to AWL with the intent to hinder, delay or defraud AWL.

66.     Based upon the foregoing Verified Complaint and the attached affidavit of Dennis Bell, there is a reasonable likelihood that the defendant has fraudulently hidden or withheld money, property or effects which should be liable to the satisfaction of the settlement amount that is due and owing to AWL.

- 9 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, the plaintiff, America's Wholesale Lender, Inc., respectfully requests the following:

A. An Order enjoining and prohibiting the defendant from transferring, diverting, using or disposing of any funds derived from an AWL mortgage or that are the property of AWL, including any such funds maintained in a banking account with TD Bank;

B. An Order directing TD Bank to freeze any and all banking accounts in the name of America's Wholesale Lender, Inc. or in the name of Jan Van Eck a/k/a Herman Van Eck a/k/a Herman Jan Van Eck d/b/a Maurice Van Eck a/k/a Maurits Van Eck a/k/a George Tomas, including any and all banking accounts that Mr. Van Eck has any control or authority over.

C. An Order directing the prejudgment attachment of the defendant's property, including funds contained in any of the defendant's bank accounts;

D. Money Damages;

E. Punitive Damages;

F. Treble Damages;

G. Attorney Fees;

H. Costs; and

I. Such other relief as the Court may deem just and proper.

Dated at Hartford, Connecticut, this 27th day of September 2011.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 10 -
HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Respectfully submitted,
AMERICA'S WHOLESALE LENDER, INC.

By _____
Scott S. McKessy, Esq.
Fed. Bar No. ct23259
Michael F. MacDonald
Fed. Bar No. ct27915
HALLORAN & SAGE, LLP
225 Asylum Street
Hartford, CT 06103
Phone: 860-522-6103
Fax: 869-548-0006
mckessy@halloran-sage.com
macdonald@halloran-sage.com

2288295v.1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 11 -
HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## VERIFICATION OF COMPLAINT

I, Dennis L. Bell, President of Plaintiff, America's Wholesale Lender, LLC, being duly sworn hereby verify that I have read the allegations of the preceding Verified Complaint dated September 27, 2011 and to the best of my knowledge, information and belief, each allegation is true and correct.

Executed on September 27, 2011

Dennis L. Bell

2288527v.1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 12 -

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105