UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

AMERICA'S WHOLESALE LENDER, INC.       )   CIVIL ACTION
                                       )   NO.          2011 SEP 27  P  1: 09
                                       )
                  Plaintiff,           )
                                       )            US DISTRIC  COURT
VS.                                    )            HARTFORD CT
                                       )
JAN VAN ECK a/k/a HERMAN VAN ECK a/k/a )
HERMAN JAN VAN ECK a/k/a MAURICE VAN   )
ECK a/k/a MAURITS VAN ECK a/k/a GEORGE
TOMAS                                      SEPTEMBER 27, 2011

_____Defendant_____

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the plaintiff,

America's Wholesale Lender, Inc. ("AWL"), certifies the following:

1.    AWL has no parent corporation.

2.    No publicly held corporation owns 10% or more of AWL's stock.

Respectfully submitted,
AMERICA'S WHOLESALE LENDER,
INC.

By _____

Scott S. McKessy, Esq.
Fed. Bar No. ct23259
Michael F. MacDonald
Fed. Bar No. ct27915
HALLORAN & SAGE, LLP
225 Asylum Street
Hartford, CT 06103
Phone: 860-522-6103
Fax: 869-548-0006
mckessy@halloran-sage.com
macdonald@halloran-sage.com

2288302V1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105