UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMERICA'S WHOLESALE LENDER, INC. | ) | CIVIL ACTION |
| | ) | NO. 3:11-cv-1493 (CFD)(TPS) |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| JAN VAN ECK a/k/a HERMAN VAN ECK a/k/a | ) | |
| HERMAN JAN VAN ECK a/k/a MAURICE VAN | ) | |
| ECK a/k/a MAURITS VAN ECK a/k/a GEORGE | ) | |
| TOMAS | | SEPTEMBER 29, 2011 |
| Defendant | | |

## MOTION FOR PRELIMINARY INJUNCTIVE RELIEF AND ORDER TO SHOW CAUSE

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff, America's Wholesale Lender, Inc. ("AWL"), moves this Court for the following preliminary injunctive relief:[1]

1.    A preliminary injunction, pending the final hearing and determination of this cause:

A.    Restraining and enjoining Defendant from, directly or indirectly, transferring, diverting, using, alienating or otherwise disposing of any funds derived from any America's Wholesale Lender, Inc. transaction or in any way related to any mortgage or Deed of Trust in the name of or serviced by America's Wholesale Lender, Inc.,

---

[1] / On September 27, 2011, Plaintiff commenced this action and submitted an application for certain preliminary relief to be granted against Defendant. That application sought a temporary restraining order, to be issued ex parte, before a hearing and notice were given to the Defendant. Pursuant to Docket Entry No. 10, Judge Droney denied Plaintiff's request for an Ex-Parte Temporary Restraining Order to be issued without notice to the Defendant. Plaintiff now files this motion to request temporary injunctive relief after notice to the Defendant and a hearing before the Court.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

including any such funds maintained in any account at TD Bank, N.A.;

B.   An order directing that TD Bank, N.A. freeze and restrain any and all accounts in the name or names of:  America's Wholesale Lender, Inc.; AWL;  Jan Van Eck a/k/a Herman Van Eck a/k/a Herman Jan Van Eck a/k/a Maurice Van Eck a/k/a Maurits Van Eck a/k/a George Tomas, or any one of these names, including any and all accounts that were opened by Jan Van Eck a/k/a Herman Van Eck a/k/a Herman Jan Van Eck a/k/a Maurice Van Eck a/k/a Maurits Van Eck a/k/a George Tomas, or any one of these names, or accounts over which Jan Van Eck a/k/a Herman Van Eck a/k/a Herman Jan Van Eck a/k/a Maurice Van Eck a/k/a Maurits Van Eck a/k/a George Tomas, or any one of these names, has any control, authority or signatory power over.

The specific facts set forth in the Verified Complaint, dated September 27, 2011, the Declaration of Dennis Bell (including exhibits), dated September 27, 2011 ("Bell 9/27/11 Declaration"), the Declaration of Dennis Bell dated September 29, 2011 ("Bell 9/29/11 Declaration"), and the Declaration of Attorney Scott McKessy (including exhibits) demonstrate that immediate and irreparable injury will result to Plaintiff, and to homeowners with AWL mortgages, if the requested injunctive relief is not entered and the fraudulent schemed is allowed to continue.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

In brief, Defendant, along with other conspirators, has perpetrated a fraud under the guise of a purported "mortgage debt relief" program which has resulted in the theft and conversion of hundreds of thousands of dollars of AWL funds and has improperly effected homeowner land records, deeds and mortgages.  As more fully set forth in the Bell 9/27/11 Declaration, Defendant has acknowledged that he has control over an unauthorized AWL bank account at TD Bank, N.A., which Defendant stated contains at least $450,000 of AWL funds.  These funds were improperly diverted to this bank account instead of AWL's corporate bank account with City National Bank.  AWL does not maintain any bank account with TD Bank.  Before this action was commenced, Plaintiff demanded information and documentation relating to the unauthorized bank account(s), and the fraudulent transaction regarding mortgage modifications in California, but Defendant has refused to comply with those requests.

Plaintiff fears that if these funds held in TD Bank are not frozen and if the Defendant is not enjoined from using these, or any other AWL, funds that Defendant will continue to perpetrate this fraudulent scheme and AWL's funds will be diverted and unrecoverable for both AWL and the homeowners who were affected by this scam. Indeed, Defendant has indicated to AWL that he can easily move money into Canada. Further, Plaintiff's investigation into this fraud has revealed that some of Defendant's co-conspirators in California have fled and are unable to be located.   Moreover, if the fraudulent debt relief scam continues, and an injunction is not entered, more homeowners with AWL mortgages will be potentially subject to the scam and will suffer irreparable harm.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Accordingly, the instant application should be granted for each of the following reasons:

- **Plaintiff has demonstrated a likelihood of success on the merits**: Defendant was not authorized to accept any money on behalf of AWL, nor authorized to execute any documents or open any accounts in the name of AWL; Defendant has, in connection with a fraud, participated in the diversion of AWL funds into an account he controls; Defendant has admitted that the funds in that account belong to AWL and not him; and despite demand for him to turn those funds over to AWL, Defendant has refused to do so;

- **Balancing of the equities favor issuing preliminary injunctive relief**: There is no dispute that Defendant has been actively participating in unauthorized activities and accepting funds that do not belong to him; Defendant has conceded that there is a bank account and that the funds therein belong to AWL; Defendant is not harmed if AWL funds restrained – they are not his by his own admission; and Defendant is not harmed by being restrained from transferring any AWL funds as his engagement with AWL has been terminated and he should not be in possession of any AWL funds; and

- **Irreparable harm will occur if preliminary relief is not granted**: AWL is the victim of a fraud, the scope of which was just discovered and is being currently investigated;  the money sought to be restrained is only that which belong to AWL (this is not an application to restrain money to satisfy a potential money judgment – the money sought to be restrained belongs to AWL; if the fraud is permitted to continue, not only will AWL be harmed, but the homeowners who have unknowingly participated in this scam have had their land records and mortgages modified and could face possible subsequent actions in order to undo the fraudulent scheme – with no chance of recovery of any monies they may have paid.

A Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunctive Relief is attached hereto and made a part hereof.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and enter the accompanying Order to Show Cause.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Respectfully submitted,
AMERICA'S WHOLESALE LENDER,
INC.

By___ /s/_____

Scott S. McKessy, Esq.
Fed. Bar No. ct23259
Michael F. MacDonald
Fed. Bar No. ct27915
HALLORAN & SAGE, LLP
225 Asylum Street
Hartford, CT 06103
Phone: 860-522-6103
Fax: 869-548-0006
mckessy@halloran-sage.com
macdonald@halloran-sage.com

## **CERTIFICATION**

This is to certify that on this 29th day of September 2011, a copy of the foregoing was mailed, postage prepaid, to:

Jan Van Eck
P.O. Box 16
Ivoryton, CT 06442

_____/s/_____
Scott S. McKessy

2289643v1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICA'S WHOLESALE LENDER, INC., ) | CIVIL ACTION |
| ) | NO. 3:11-CV-1493(CFD)(TPS) |
| Plaintiff, ) | |
| ) | |
| VS. ) | |
| ) | |
| JAN VAN ECK a/k/a HERMAN VAN ECK a/k/a ) | |
| HERMAN JAN VAN ECK a/k/a MAURICE VAN ) | |
| ECK a/k/a MAURITS VAN ECK a/k/a GEORGE | |
| TOMAS, | SEPTEMBER 29, 2011 |

_____Defendant._____

## ORDER TO SHOW CAUSE

WHEREAS, the foregoing Verified Complaint, Motion for Preliminary Injunctive

Relief, Declaration of Dennis Bell, dated September 27, 2011, Declaration of Dennis

Bell, dated September 29, 2011, Declaration of Scott S. McKessy, dated September 29,

2011, and all of the exhibits annexed thereto in support of Plaintiff's Motion having been

issued to this Court;

WHEREAS, it appears that the circumstances of this case demand an immediate

notice of Plaintiff's Motion why an order should not be issued as follows:

1.   An order restraining and enjoining the defendant from, directly or indirectly,
     transferring, diverting, using, alienating or otherwise disposing of any
     funds derived from any America's Wholesale Lender, Inc. transaction or in
     any way related to any mortgage or Deed of Trust in the name of or
     serviced by America's Wholesale Lender, Inc., including any such funds
     maintained in any account at TD Bank, N.A.;

2.   An order directing that TD Bank, N.A. freeze and restrain any and all
     accounts in the name or names of:  America's Wholesale Lender, Inc.;
     AWL;  Jan Van Eck a/k/a Herman Van Eck a/k/a Herman Jan Van Eck
     a/k/a Maurice Van Eck a/k/a Maurits Van Eck a/k/a George Tomas, or any

one of these names, including any and all accounts that were opened by Jan Van Eck a/k/a Herman Van Eck a/k/a Herman Jan Van Eck a/k/a Maurice Van Eck a/k/a Maurits Van Eck a/k/a George Tomas, or any one of these names, or accounts over which Jan Van Eck a/k/a Herman Van Eck a/k/a Herman Jan Van Eck a/k/a Maurice Van Eck a/k/a Maurits Van Eck a/k/a George Tomas, or any one of these names, has any control, authority or signatory power over;

IT IS HEREBY ORDERED, that you are summoned to appear before the

undersigned at _____ on the _____ day of _____,

2011 at ___:__, ___.m, then and there to show cause why the instant motion for the

above-specified preliminary injunctive relief should not issue and why further relief

should not be granted against you.

Dated at _____ this _____ day of September, 2011.

BY THE COURT

_____
Judge / Clerk

2290182v.1

- 2 -