UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICA'S WHOLESALE LENDER, INC. : | CIVIL ACTION NO. 3:11-CV-1493 (CFD)(TPS) |
|     Plaintiff : | |
| : | |
| V. : | |
| : | |
| JAN VAN ECK a/k/a HERMAN VAN ECK : | |
| a/k/a HERMAN JAN VAN ECK a/k/a : | |
| MAURICE VAN ECK a/k/a MAURITS VAN : | |
| ECK a/k/a GEORGE TOMAS : | |
|     Defendant : | OCTOBER 11, 2011 |

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the plaintiff hereby serves notice of dismissal of its action against the defendant. In support thereof, the plaintiff represents that the defendant has not served an Answer or a Motion for Summary Judgment. Based upon the foregoing, the plaintiff represents that the instant action should be dismissed without prejudice.

    THE PLAINTIFF
    AMERICA'S WHOLESALE LENDER, INC.

    By _____/s/_____
      Scott S. McKessy
      Fed. Bar No. ct23259
      Michael F. MacDonald
      Fed. Bar No. ct27915
      HALLORAN & SAGE LLP
      Its Attorneys
      mckessy@halloran-sage.com
      macdonald@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

    I hereby certify that on this 11th day of October 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*Sent via regular mail:*
Mr. Jan Van Eck
P.O. Box 16
Ivoryton, CT 06442

                                                                                /s/
                                              Michael F. MacDonald

2298656v.1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 2 -

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105