UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2011 OCT -7  P 3: 38
US DISTRICT COURT

| | |
|---|---|
| AMERICA'S WHOLESALE LENDER, INC. | ) CIVIL ACTION |
| | ) No. 3:11-cv-1493 (CFD)(TPS) |
| Nominal Plaintiff, | ) |
| | ) |
| vs. | ) T.P. SMITH, J. |
| | ) |
| MAURICE VAN ECK, | ) |
| Defendant | ) OCTOBER 04, 2011 |
| | ) |

## NOTICE OF INTENT TO APPLY FOR SANCTIONS
## PURSUANT TO THE PROVISIONS OF Rule 11, F.R.Civ.Pr.

Pursuant to the provisions of Rule 11 of the Federal Rules of Civil Procedure, Notice is hereby given to the nominal Plaintiff and to plaintiff's counsel individually and by firm that the undersigned defendant herein intends to apply for Sanctions for the knowing Filing of this Complaint which is ill founded in fact and in law. Further, defendant maintains and will represent to the Court that the entire Complaint as filed by the nominal Plaintiff is interposed for improper purpose, more particularly to harass.

The basis for this Notice is set forth in defendant's Motion to Dismiss, wherein it is outlined that Plaintiff's sole Declarant has been adjudged by competent Courts as being a "bald-faced liar," that the purported exhibits as proffered by both plaintiff's Declarant and plaintiff's counsel have no good basis in fact, that the arguments represented are spurious, and knowingly spurious, and that the entirely was undertaken by Plaintiff, Declarant and counsel to attempt to render the New York operations of the Company insolvent.

Notice of demand for two-day "meet and confer" is made.

BY THE DEFENDANT,

*[signature]*

MAURICE VAN ECK
177 E. 77th St, NY NY
c/o  DONOVAN and DONOVAN
    123 Elm Street
    Old Saybrook, CT 06475

For mailed items:
P.O. Box 16
Ivoryton CT 06442-0016
Tel:  347-291-6409


Certificate of Service
Certified served by deposit into mails or by hand delivery onto
Halloran and Sage, LLP, 225 Asylum Street, Hartford CT 06103,
On October 07, 2011

*[signature]*

Defendant