UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMERICA'S WHOLESALE LENDER, INC.<br>Plaintiff | : <br> : <br> : <br> : | FILED <br><br> 2012 MAR -5 P 3: 52 <br> CIVIL ACTION NO. |
| v. | : | 3-11-cv-1493 (CFD) |
| JAN VAN ECK<br>Defendant | : <br> : <br> : | |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge

\_\_\_  A ruling on all pretrial motions except dispositive motions

\_\_\_  To supervise discovery and resolve discovery disputes

\_\_\_  A recommended ruling on damages

_√_  A ruling on the following motion(s) which are currently pending
**Motion to Seal [Dkt. #31]**

\_\_\_  A settlement conference

\_\_\_  A discovery conference

\_\_\_  Other:

**SO ORDERED.**

Dated this 2nd day of March, 2012, at Hartford, Connecticut.

/s/ Christopher F. Droney
Christopher F. Droney
United States District Judge